# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor | Civil Action File No. |
| Plaintiff, | 3:18-cv-00242-TMR |
| v. | Hon. Thomas M. Rose |
| DAY-MONT BEHAVIORAL HEALTH CARE, INC., *et al*, | **ORDER** |
| Defendants. | |

This matter is before the Court on Defendants Day-Mont Behavioral Health Care, Inc., Day-Mont Behavioral Health Care Inc. Employee Benefit Plan, and Day-Mont West Tax-Deferred Annuity Plan's (collectively, "Defendants") Unopposed Motion for Leave to File Their Answer, *Instanter*, filed on November 9, 2018.

Upon review, for good cause shown, Defendants' Motion for Leave to File an Amended Complaint, *Instanter*, is GRANTED. Defendants' Answer to the Complaint is deemed filed as of the date of this Order.

**IT IS SO ORDERED.**

/s/ _____
Judge Thomas M. Rose

*Copies to:*

All counsel of record