UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DEPARTMENT OF LABOR,

     Plaintiff,                              Case No. 3:18-cv-242

vs.

DAY-MONTH BEHAVORAL,           District Judge Thomas M. Rose
HEALTH CARE, INC., *et al.*          Magistrate Judge Michael J. Newman

     Defendants.

---

## ORDER

---

       This civil case is before the Court on the parties' joint motion to stay discovery and summary judgment motion deadlines. Doc. 35. For good cause shown, the parties' joint motion is **GRANTED**. All discovery in this matter is hereby **STAYED**, as requested in the motion, for 45 days. The Court hereby schedules a status conference, by telephone, with counsel for both sides present, on **September 9, 2019** at 11:00 a.m. Counsel shall call: 1-888-278-0296, enter access code 2725365, security code 123456, and wait for the Court to join the conference.

       **IT IS SO ORDERED.**


Date:   July 19, 2019                   s/ Michael J. Newman          
                                              Michael J. Newman
                                              United States Magistrate Judge